(111 So. 490)

No. 28294.

T. R. HUGHES, Sheriff and Tax Collector, v. FEDERAL SECURITIES COMPANY.

(Jan. 31, 1927.)

Appeal from First Judicial District Court, Parish of Caddo; T. F. Bell, Judge.

W. M. Phillips, of Shreveport, for appellant. Barksdale, Bullock, Warren, Clark & Van Hook, of Shreveport, for appellee.

O'NIELL, C. J. The tax collector has appealed from a judgment rejecting his demand for additional license taxes for the years 1924, 1925 and 1926. The issue is the same as in the case of T. R. Hughes, Tax Collector, v. Commercial Securities Co., 111 So. 490[1] (No.

[1] Ante, p. 43.

28293), decided to-day, in which we affirmed the judgment appealed from. For the reasons given in that case, the judgment appealed from in this case is correct.

The judgment is affirmed.

⸻

(111 So. 491)